(Rev. 6/14/2022)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| Chet Wilson | Case No. 25-cv-01471 |
| Plaintiff | |
| VS. | Judge Doughty |
| Lumen Technologies, Inc. | Magistrate Judge McCluksy |
| Defendant | |

**ORDER**

IT IS ORDERED that <u>Anthony Paronich</u> be and is hereby admitted to the bar of this Court pro hac vice on behalf of <u>Chet Wilson</u> in the above described action.

SO ORDERED on this, the <u>6th</u> day of <u>October</u>, 2025.

_____
U.S. Magistrate Judge