# UNITED STATES DISTRICT COURT

for the
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHET WILSON** <br><br> *Plaintiff* <br><br> v. <br><br> **LUMEN TECHNOLOGIES, INC.** <br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 3:25-CV-01471-TAD-<br> )                   KDM <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF SERVICE

I, Herb Battistella, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Lumen Technologies Inc in East Baton Rouge Parish, LA on October 8, 2025 at 1:24 pm at 3867 Plaza Tower Dr, Baton Rouge, LA 70816 by leaving the following documents with Abby Sarmiento who as Intake Specialist at CT Corp is authorized by appointment or by law to receive service of process for Lumen Technologies Inc.

SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT

Native Hawaiian or Other Pacific Islander Female, est. age 25-34, glasses: N, Black hair, 140 lbs to 160 lbs, 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=30.4178017701,-91.0504313602
Photograph: See Exhibit 1

Total Cost: $180.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Signature
Herb Battistella
+1 (225) 270-4563

Executed in _LIVINGSTON PARISH_ ,
_____ on _10/8/2025_ .



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| CHET WILSON<br>Plaintiff<br><br>v.<br><br>LUMEN TECHNOLOGIES INC<br>Defendant | )<br>)<br>)<br>) Civil Action No. 3:25−CV−01471−TAD−KDM<br>) Judge Terry A Doughty<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To:
**Lumen Technologies Inc**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Joseph David Andress**
> **Andress Law Firm**
> **143 Rideway Dr Ste 227**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __10/2/2025__

_/s/ − Daniel J. McCoy_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:25–CV–01471–TAD–KDM
## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for **Lumen Technologies Inc** was received by me on
*(date)*_____.

- I personally served the summons on **Lumen Technologies Inc** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: _____           _____
                                              *Server's signature*

                                        _____
                                              *Printed name and title*

                                        _____
                                              *Server's address*

Additional information regarding attemped service,
etc: