IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHET MICHAEL WILSON, *on behalf of himself and all others similarly situated*,<br><br>*Plaintiff*,<br><br>v.<br><br>LUMEN TECHNOLOGIES, INC.,<br><br>*Defendant* | Case No. 3:25-cv-01471<br><br>Hon. Terry A. Doughty<br><br>Hon. Kayla D. McClusky |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Under Federal Rule of Civil Procedure 6 and Local Civil Rule 7.2, Defendant Lumen Technologies, Inc., through its undersigned counsel, respectfully moves for a thirty (30) day extension of the deadline to respond to Plaintiff's purported class action complaint—from October 29, 2025, up to and including November 28, 2025. In support of this Motion, Defendant states:

1. Plaintiff filed the Complaint on October 2, 2025. ECF No. 1.

2. Defendant was served on October 8, 2025, making the current response deadline October 29, 2025, pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i). ECF No. 5.

3. Defendant and its counsel require additional time to complete its preliminary investigation and assess, *inter alia*, the validity and sufficiency of Plaintiff's allegations, the defenses available to any liability alleged by Plaintiff, and whether early motion practice is warranted. Additional time will also allow the parties to determine whether they can resolve the Complaint without judicial intervention.

4. This is Defendant's first request for an extension. The Court has not yet entered a scheduling order in the case and the requested extension will not impact these proceedings.

5.	Defendant conferred with Plaintiff's counsel, who advised that Plaintiff does not oppose the extension. Accordingly, the extension will not prejudice Plaintiff.

6.	This request is made in good faith and not for purposes of delay.

WHEREFORE, Defendant respectfully requests that the Court extend the deadline for Defendant to answer, move, or otherwise respond to the Complaint up to and including November 28, 2025.

Dated: October 29, 2025

Respectfully submitted,

*/s/ Matthew B. Peters*
Matthew B. Peters (Bar No. 37514)
Ryan D. Watstein (*pro hac vice application forthcoming*)
**WATSTEIN TEREPKA LLP**
75 14th Street NE, Ste. 2600
Atlanta, Georgia 30309
Tel: (404) 912-8095
mpeters@wtlaw.com
ryan@wtlaw.com

*Attorneys for Defendant Lumen Technologies, Inc.*

**CERTIFICATE OF CONFERENCE**

      I certify that on October 22, 2025, counsel for Defendant conferred with Plaintiff's counsel regarding this motion. Plaintiff's counsel indicated that Plaintiff does not oppose the relief requested herein.

                                                             */s/ Matthew B. Peters*
                                                             Matthew B. Peters

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 29th day of October 2025, a true and correct copy of the foregoing was electronically filed and served via operation of the Court's CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record entitled to notice who are registered users of ECF.

                                                       */s/ Matthew B. Peters*
                                                       Matthew B. Peters