IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHET MICHAEL WILSON, *on behalf of himself and all others similarly situated*,<br><br>　　*Plaintiff*,<br><br>v.<br><br>LUMEN TECHNOLOGIES, INC.,<br><br>*Defendant* | Case No. 3:25-cv-01471<br><br>Hon. Terry A. Doughty<br><br>Hon. Kayla D. McClusky |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Lumen Technologies, Inc. in the above-captioned action certifies that Blackrock Fund Advisors owns 10% or more of Lumen Technologies, Inc.'s outstanding stock and is publicly traded under the ticker BLK.

Dated: October 29, 2025

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Matthew B. Peters*
　　　　　　　　　　　　　　　　　　　　　Matthew B. Peters (Bar No. 37514)
　　　　　　　　　　　　　　　　　　　　　Ryan D. Watstein (*pro hac vice application forthcoming*)
　　　　　　　　　　　　　　　　　　　　　**WATSTEIN TEREPKA LLP**
　　　　　　　　　　　　　　　　　　　　　75 14th Street NE, Ste. 2600
　　　　　　　　　　　　　　　　　　　　　Atlanta, Georgia 30309
　　　　　　　　　　　　　　　　　　　　　Tel: (404) 912-8095
　　　　　　　　　　　　　　　　　　　　　mpeters@wtlaw.com
　　　　　　　　　　　　　　　　　　　　　ryan@wtlaw.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Lumen Technologies, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 29th day of October 2025, a true and correct copy of the foregoing was electronically filed and served via operation of the Court's CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record entitled to notice who are registered users of ECF.

                                          */s/ Matthew B. Peters*
                                          Matthew B. Peters