IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

CHET MICHAEL WILSON, *on behalf of himself and all others similarly situated*,

    *Plaintiff*,

v.

LUMEN TECHNOLOGIES, INC.,

    *Defendant*

Case No. 3:25-cv-01471

Judge: Hon. Terry A Doughty
Magistrate Judge: Hon. Kayla D. McClusky

## MOTION TO APPEAR PRO HAC VICE

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of Defendant Lumen Technologies, Inc. in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the United States District Court for the District of _____ or the bar of  Florida  court, which is the highest court of such state.  Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, <u>Matthew B. Peters</u> of the firm of <u>Watstein Terepka LLP</u> is appointed as local counsel.

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic

mail. I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

| /s/ Ryan D. Watstein | /s/ Matthew B. Peters |
|---|---|
| Signature of Applying Attorney | Signature of Local Counsel |
| Applying attorney may use typed "s/ signature." | Local counsel may use typed "s/ signature" and must file electronically. |

| PLEASE TYPE OR PRINT LEGIBLY: | | LOCAL COUNSEL INFORMATION: | |
|---|---|---|---|
| Name: | Ryan D. Watstein | Name: | Matthew B. Peters |
| Firm: | Watstein Terepka LLP | Firm: | Watstein Terepka LLP |
| Address: | 75 14th Street NE, Ste. 2600 | Address: | 75 14th Street NE, Ste. 2600 |
| | Atlanta, GA 30309 | | Atlanta, GA 30309 |
| Telephone: | (404) 782-0695 | Telephone: | (404) 912-8095 |
| Fax: | | Fax: | |
| E-mail: | ryan@wtlaw.com | E-mail: | mpeters@wtlaw.com |
| Additional e-mail(s): | | | |

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 29th day of October, 2025, a true and correct copy of the foregoing was electronically filed and served via operation of the Court's CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record entitled to notice who are registered users of ECF.

                                                     /s/ Matthew B. Peters
                                                                 Signature

| | |
|---|---|
| Name: | Matthew B. Peters |
| Firm: | Watstein Terepka LLP |
| Address: | 75 14th Street NE, Ste. 2600 |
| | Atlanta, GA 30309 |
| Telephone: | (404) 912-8095 |
| Fax: | |
| E-mail: | mpeters@wtlaw.com |