# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHET MICHAEL WILSON, *on behalf of himself and all others similarly situated*, | Case No. 3:25-cv-01471 |
| *Plaintiff*, | Judge: Hon. Terry A Doughty |
| v. | Magistrate Judge: Hon. Kayla D. McClusky |
| LUMEN TECHNOLOGIES, INC., | |
| *Defendant* | |

# ORDER

IT IS ORDERED that Ryan D. Watstein be and is hereby admitted to the bar of this Court pro hac vice on behalf of Defendant Lumen Technologies, Inc. in the above described action.

SO ORDERED on this, the _____ day of _____, 2025.

_____
U.S. Magistrate Court Judge