### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHET MICHAEL WILSON, *on behalf of himself and all others similarly situated*,<br><br>　　*Plaintiff*,<br><br>v.<br><br>LUMEN TECHNOLOGIES, INC.,<br><br>*Defendant* | Case No. 3:25-cv-01471<br><br>Hon. Terry A. Doughty<br><br>Hon. Kayla D. McClusky |

### ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Upon consideration of Defendant Lumen Technologies, Inc.'s Unopposed Motion for Extension of Time to Respond to the Complaint, and for good cause shown, IT IS **ORDERED** that Defendant's motion is GRANTED; Defendant shall answer, move, or otherwise respond to the Complaint on or before **November 28, 2025**.

Monroe, Louisiana, this 31st day of October, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Kayla D. McClusky
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United State Magistrate Judge