IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHET MICHAEL WILSON, *on behalf of himself and all others similarly situated*, | Case No. 3:25-cv-01471 |
| *Plaintiff*, | Judge: Hon. Terry A Doughty<br>Magistrate Judge: Hon. Kayla D. McClusky |
| v. | |
| LUMEN TECHNOLOGIES, INC., | |
| *Defendant* | |

**ORDER**

IT IS ORDERED that Ryan D. Watstein be and is hereby admitted to the bar of this Court pro hac vice on behalf of Defendant Lumen Technologies, Inc. in the above described action.

SO ORDERED on this, the 31st day of October, 2025.

*/s/ Kayla D. McClusky*
U.S. Magistrate Court Judge