## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHET MICHAEL WILSON, *on behalf of himself and all others similarly situated*,<br><br>*Plaintiff*,<br><br>v.<br><br>LUMEN TECHNOLOGIES, INC.,<br><br>*Defendant* | Case No. 3:25-cv-01471<br><br>Hon. Terry A. Doughty<br><br>Hon. Kayla D. McClusky |

## DEFENDANT'S UNOPPOSED THIRD MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Under Federal Rule of Civil Procedure 6 and Local Civil Rule 7.2, Defendant Lumen Technologies, Inc., through its undersigned counsel, respectfully moves for a twenty–one (21) day extension of the deadline to respond to Plaintiff's class action complaint—from December 19, 2025, up to and including January 9, 2026. This Motion is filed before the current deadline. A proposed order is submitted herewith. In support of this Motion, Defendant states:

1. Plaintiff filed the Complaint on October 2, 2025. ECF No. 1.

2. Defendant was served on October 8, 2025. ECF No. 5.

3. The Court previously granted two extensions through December 19, 2025, for Defendant to fully investigate the claims to determine how best to respond. *See* ECF Nos. 9, 12.

4. Defendant and its counsel have been diligent in assessing the allegations, evaluating available defenses, and determining whether early motion practice is appropriate.

5. The parties are now actively discussing whether resolution is possible, and a brief extension will allow the parties to explore whether the Complaint can be resolved without further motion practice or judicial involvement.

6. Additionally, a brief extension will help accommodate those discussions during the upcoming holiday period.

7. This is Defendant's third request for an extension. The Court has not yet entered a scheduling order in the case, and the requested extension will not affect any other deadlines because none have been set. The requested extension will not impact these proceedings.

8. Defendant conferred with Plaintiff's counsel, who advised that Plaintiff does not oppose the extension. Accordingly, the extension will not prejudice Plaintiff.

9. This request is made in good faith and not for purposes of delay.

10. Granting this brief extension may conserve judicial resources by potentially obviating the need for motion practice.

WHEREFORE, Defendant respectfully requests that the Court extend the deadline for Defendant to answer, move, or otherwise respond to the Complaint up to and including January 9, 2026.

Dated: December 18, 2025

Respectfully submitted,

/s/ Matthew B. Peters
Matthew B. Peters (Bar No. 37514)
Ryan D. Watstein (*pro hac vice*)
**WATSTEIN TEREPKA LLP**
75 14th Street NE, Ste. 2600
Atlanta, Georgia 30309
Tel: (404) 912-8095
mpeters@wtlaw.com
ryan@wtlaw.com

*Attorneys for Defendant Lumen Technologies, Inc.*

**CERTIFICATE OF CONFERENCE**

      I certify that on December 17, 2025, counsel for Defendant conferred with counsel for Plaintiff regarding the relief requested in this Motion, including Defendant's request for a short extension to permit the parties to continue their ongoing resolution discussions during the holiday period and to allow Defendant to complete its assessment of the allegations and potential responses. Plaintiff's counsel indicated that Plaintiff does not oppose the relief requested herein.

                                                        */s/ Matthew B. Peters*
                                                        Matthew B. Peters

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of December 2025, a true and correct copy of the foregoing was electronically filed and served via operation of the Court's CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record entitled to notice who are registered users of ECF.

                                                                          */s/ Matthew B. Peters*
                                                                          Matthew B. Peters