# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHET MICHAEL WILSON, *on behalf of himself and all others similarly situated*,<br><br>*Plaintiff*,<br><br>v.<br><br>LUMEN TECHNOLOGIES, INC.,<br><br>*Defendant* | Case No. 3:25-cv-01471<br><br>Hon. Terry A. Doughty<br><br>Hon. Kayla D. McClusky |

## [PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED THIRD MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Upon consideration of Defendant Lumen Technologies, Inc.'s Unopposed Third Motion for Extension of Time to Respond to the Complaint, and for good cause shown, it is hereby:

**ORDERED** that Defendant's motion is GRANTED; and it is further

**ORDERED** that Defendant shall answer, move, or otherwise respond to the Complaint on or before **January 9, 2026**.

Monroe, Louisiana, this _____ day of _____, 2025.

_____
Honorable Kayla D. McClusky
United States Magistrate Judge