IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHET MICHAEL WILSON, *on behalf of himself and all others similarly situated*,<br><br>*Plaintiff*,<br><br>v.<br><br>LUMEN TECHNOLOGIES, INC.,<br><br>*Defendant* | Case No. 3:25-cv-01471<br><br>Hon. Terry A. Doughty<br><br>Hon. Kayla D. McClusky |

**DEFENDANT'S UNOPPOSED FOURTH MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Under Federal Rule of Civil Procedure 6 and Local Civil Rule 7.2, Defendant Lumen Technologies, Inc., through its undersigned counsel, respectfully moves for a fourteen (14) day extension of the deadline to respond to Plaintiff's class action complaint—from January 9, 2026, up to and including January 23, 2026. This Motion is filed before the current deadline. A proposed order is submitted herewith. In support of this Motion, Defendant states:

1. Plaintiff filed the Complaint on October 2, 2025. ECF No. 1.

2. Defendant was served on October 8, 2025. ECF No. 5.

3. The Court previously granted three extensions through January 9, 2026, for Defendant to fully investigate the claims to determine how best to respond. *See* ECF Nos. 9, 12, 14.

4. The parties have engaged in substantive discussions that have materially advanced toward resolution of this action, and a brief extension will allow the parties to complete those efforts.

5. This is Defendant's fourth request for an extension. The Court has not yet entered a scheduling order in the case, and the requested extension will not affect any other deadlines because none have been set. The requested extension will not impact these proceedings.

6. Defendant conferred with Plaintiff's counsel, who advised that Plaintiff does not oppose the extension. Accordingly, the extension will not prejudice Plaintiff.

7. This request is made in good faith and not for purposes of delay.

8. Granting this brief extension may conserve judicial resources by allowing the parties to complete their ongoing efforts before requiring the Court's involvement in further proceedings.

WHEREFORE, Defendant respectfully requests that the Court extend the deadline for Defendant to answer, move, or otherwise respond to the Complaint up to and including January 23, 2026.

Dated: January 9, 2026

Respectfully submitted,

*/s/ Matthew B. Peters*
Matthew B. Peters (Bar No. 37514)
Ryan D. Watstein (*pro hac vice*)
**WATSTEIN TEREPKA LLP**
75 14th Street NE, Ste. 2600
Atlanta, Georgia 30309
Tel: (404) 912-8095
mpeters@wtlaw.com
ryan@wtlaw.com

*Attorneys for Defendant Lumen Technologies, Inc.*

## **CERTIFICATE OF CONFERENCE**

      I certify that on January 9, 2026, counsel for Defendant conferred with counsel for Plaintiff regarding the relief requested in this Motion. Plaintiff's counsel indicated that Plaintiff does not oppose the relief requested herein.

                                                */s/ Matthew B. Peters*
                                                Matthew B. Peters

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of January, 2026, a true and correct copy of the foregoing was electronically filed and served via operation of the Court's CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record entitled to notice who are registered users of ECF.

*/s/ Matthew B. Peters*
Matthew B. Peters
