# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA

CHET MICHAEL WILSON, *on behalf of himself and all others similarly situated*,

     *Plaintiff,*

v.

LUMEN TECHNOLOGIES, INC.,

*Defendant*

Case No. 3:25-cv-01471

Hon. Terry A. Doughty

Hon. Kayla D. McClusky

## [PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED FOURTH MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Upon consideration of Defendant Lumen Technologies, Inc.'s Unopposed Fourth Motion for Extension of Time to Respond to the Complaint, and for good cause shown, it is hereby:

**ORDERED** that Defendant's motion is GRANTED; and it is further

**ORDERED** that Defendant shall answer, move, or otherwise respond to the Complaint on or before **January 23, 2026**.

Monroe, Louisiana, this _____ day of _____, 2026.

_____
Honorable Kayla D. McClusky
United States Magistrate Judge