IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHET MICHAEL WILSON, *on behalf of himself and all others similarly situated*, <br><br> *Plaintiff*, <br><br> v. <br><br> LUMEN TECHNOLOGIES, INC., <br><br> *Defendant* | Case No. 3:25-cv-01471 <br><br> Hon. Terry A. Doughty <br><br> Hon. Kayla D. McClusky |

**JOINT NOTICE OF SETTLEMENT**

    Chet Wilson and Lumen Technologies, Inc., hereby notify the Court that they have reached an agreement in principle to resolve this action. The Parties respectfully request that the Court vacate all pending deadlines and provide the parties with 45 days to finalize the settlement and file a notice or stipulation of dismissal.

*[Remainder of Page Intentionally Blank – Signatures on Following Page]*

Dated: January 23, 2026

Respectfully submitted,

*/s/ Matthew B. Peters*
Matthew B. Peters (Bar No. 37514)
Ryan D. Watstein (*pro hac vice*)
**WATSTEIN TEREPKA LLP**
75 14th Street NE, Ste. 2600
Atlanta, Georgia 30309
Tel: (404) 912-8095
mpeters@wtlaw.com
ryan@wtlaw.com

*Attorneys for Defendant Lumen Technologies, Inc.*


*/s/ Athony Paronich*
Anthony I. Paronich (*Pro Hac Vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

J. David Andress (La. Bar No. 27944)
Andress Law Firm, LLC
143 Ridgeway Drive, Suite 227
Lafayette, Louisiana 70503
(337) 347-9919
Fax (337) 541-2553
andresslawfirm@gmail.com

*Attorneys for Plaintiff Chett Michael Wilson*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of January, 2026, a true and correct copy of the foregoing was electronically filed and served via operation of the Court's CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record entitled to notice who are registered users of ECF.

*/s/ Matthew B. Peters*
Matthew B. Peters
