UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **CHET WILSON** | **CASE NO. 3:25-CV-01471** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LUMEN TECHNOLOGIES INC** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled [Doc. No. 17],

**IT IS ORDERED** that this action is hereby **DISMISSED WITHOUT PREJUDICE**, subject to the right, upon good cause shown within forty-five (45) days of the signing of this Order, to reopen the action if settlement is not consummated. The Clerk is now requested to close this case.

**IT IS FURTHER ORDERED** that within forty-five (45) days of the signing of this Order, the parties shall submit to the Court: (1) a joint motion to dismiss accompanied by a proposed order; or (2) a Rule 41(a)(1)(A)(ii) stipulation of dismissal signed by all parties who have appeared in this action.

**IT IS FURTHER ORDERED** that any pending motion in this case is hereby **DENIED AS MOOT**.

MONROE, LOUISIANA, this 27th day of January 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE