IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

CHET WILSON, individually and on behalf
of all others similarly situated,                              CIVIL DOCKET NO.: 3:25-cv-01471

    *Plaintiff*

v.

LUMEN TECHNOLOGIES, INC.,

    *Defendant*

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees. The putative class claims are dismissed without prejudice.

Dated: February 24, 2026
    */s/ Anthony I. Paronich*
    Anthony I. Paronich, *Pro Hac Vice*
    Paronich Law, P.C.
    350 Lincoln Street, Suite 2400
    Hingham, MA 02043
    (508) 221-1510
    anthony@paronichlaw.com

    *Attorney for Plaintiff*

    */s/ Matthew B. Peters*
    Matthew B. Peters (Bar No. 37514)
    Ryan D. Watstein (*pro hac vice*)
    **WATSTEIN TEREPKA LLP**
    75 14th Street NE, Ste. 2600
    Atlanta, Georgia 30309
    Tel: (404) 912-8095
    mpeters@wtlaw.com
    ryan@wtlaw.com

    *Attorneys for Defendant Lumen Technologies, Inc.*